443 A.2d 385

Commonwealth v. Smyre, Appellant.

Petition for Allowance of Appeal Denied June 30, 1982.

Argued December 16, 1981. Dennis J. Cogan, for appellant; Deborah Fox, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, BECK and POPOVICH, JJ.

We affirm the judgment of sentence on the comprehensive and able opinion of James D. McCrudden, J.